O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>             Plaintiff,           )<br>                                                        )<br>        v.                                       )<br>                                                        )<br>MARTIN VILLAREAL CHAVEZ, )<br>                                                        )<br>             Defendant.        )<br>_____ ) | SA 07-235M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( X) (by the Government) / ( ) (by the Court sua sponte involving)

    1. ( X) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1                II.

2   The Court finds no condition or combination of conditions will reasonable assure:

3   A. ( X )    appearance of defendant as required; and/or

4   B. (  ) safety of any person or the community;

5                III.

6   The Court has considered:

7   A. ( x ) the nature and circumstances of the offense;

8   B. (x) the weight of evidence against the defendant;

9   C. (x) the history and characteristics of the defendant;

10   D. (  ) the nature and seriousness of the danger to any person or to the community.

11                IV.

12   The Court concludes:

13   A. (  ) Defendant poses a risk to the safety of other persons or the community because:

14

15   B. (x )    History and characteristics indicate a serious risk that defendant will flee because:

16     **Defendant is undocumented. He has no ties to the community and no bail**

17     **resources.**

18

19   C. (  ) A serious risk exists that defendant will:

20     1. (  )   obstruct  or  attempt to obstruct  justice;

21     2. (  )   threaten, injure or intimidate a witness/ juror; because:

22

23   D. (  ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24     provided in 18 U.S.C. § 3142 (e).

25 ///

26 ///

27 ///

28 ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)      - 2 -      Page 2 of 3

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

8   Dated: August 15, 2007

_____
Marc L. Goldman
U.S. Magistrate Judge

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)              - 3 -                            Page 3 of 3